FILED

JUL - 1 2025

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. 2:25mj126 |
| ) | |
| DANIEL A. HOFFLER ) | 16 U.S.C. § 703 |
| ) | Taking, Killing or Possessing |
| ) | Migratory Birds Unlawful |
| ) | |
| ) | 16 U.S.C § 707 |
| ) | Violations and Penalties; |
| ) | Forfeitures |
| ) | |
| ) | 18. U.S.C. § 2 |
| ) | Principles |
| ) | |
| ) | 50 C.F.R. § 20.21(e) |
| ) | Illegal Hunting Methods |
| ) | |
| ) | (Count One) |

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about September 18, 2024, in the Eastern District of Virginia,

DANIEL A. HOFFLER, aided and abetted by Daniel J. Caison and Lee T. Robbins,

did take migratory game birds from or by means of any motorboat or other craft

having a motor attached, or any sailboat, when the motor was not completely shut

1

off and/or the sails furled, and its progress therefrom had not ceased. (In violation of Title 16, United States Code, Sections 703, 707; 18 United States Code Section 2; 50 C.F.R. Section 20.21(e).)

Erik S. Siebert
UNITED STATES ATTORNEY

By: *Catherine Black* (signature)

Catherine Black
Assistant United States Attorney
Virginia Bar No. 36370
11815 Fountain Way, Suite 200
Newport News, VA 23606
(757) 591-4039 Telephone
(757) 591-0866 Fax
catherine.black@usdoj.gov

## CERTIFICATE OF MAILING

I hereby certify that on July 1, 2025, I caused a true and correct copy of the foregoing Criminal Information to be emailed to any counsel for the defendant known to the Government in the above-styled case.

By: /s/ Catherine Black
Catherine Black
Assistant United States Attorney
Virginia Bar No. 36370
11815 Fountain Way, Suite 200
Newport News, VA 23606
(757) 591-4039 Telephone
(757) 591-0866 Fax
catherine.black@usdoj.gov